# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# Milwaukee Division

| | |
|---|---|
| MIKKELSEN GRAPHIC ENGINEERING, INC., <br>     Plaintiff, <br> <br> vs. <br> <br> BEATRICE DRURY, CHRISTOPHER <br> NICHOLSON, ZÜND AMERICA, L.L.C., <br> ZÜND SYSTEMTECHNIK AG, <br>     Defendants. | Case No.: **05-C-0123** <br> <br> Judge Lynn S. Adelman <br> <br> Magistrate Judge William E. Callahan |

## STIPULATION AND ORDER EXTENDING
## DEADLINE TO PLEAD TO COMPLAINT

The parties hereby request the Court to enter the following stipulation of the parties. The parties hereby request that the Court extend the deadline within which all defendants may answer or otherwise respond to the complaint to, and including, Monday, May 16, 2005.

As grounds for this request, the parties state that they are actively pursuing settlement of the instant action and wish to exhaust such efforts prior to committing the resources of the Court and the parties to prosecute this action.

Dated this 15th day of April, 2005.


By  s/Edward R. Antaramian  
   *Attorney for Plaintiff*  
   Edward R. Antaramian  
   JANSSON, SHUPE & MUNGER, LTD  
   245 Main Street  
   Racine, WI 53403  
   (262) 632-6900  
   eantaramian@janlaw.com  

By  s/James R. Walden  
   *Attorney for Zund America, Zund*  
    *Systemtechnik AG and Nicholson*  
   James R. Walden, Jr.  
   CONGDON, WALDEN,  
    SCHUSTER & VAKLYES, S.C.  
   707 W. Moreland Blvd, #9  
    P.O. Box 377  
   Waukesha, WI 53157  
   (262) 547-5517  
   jwalden@cwwlaw.net

By  s/Daniel J. Habeck
*Attorney for Beatrice Drury*
Daniel J. Habeck
CRAMER, MULTHAUF & HAMMES, LLP
1601 East Racine Avenue, Suite 200
P.O. Box 558
Waukesha, WI 53187
(262) 542-4278
djh@cmhlaw.com

**APPROVED AND SO ORDERED** this 15th day of April, 2005.

s/ Lynn Adelman
**HONORABLE LYNN S. ADELMAN**
United States District Judge
Eastern District of Wisconsin